UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-02137-JRT-DTS

RYLEE SILVA-VIDINHA,

        Plaintiff,                      **MOTION TO DISMISS**

v.

UNITED STATES OF AMERICA et al.,

        Defendants.

Pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6), Defendants United States of America and the Federal Bureau of Prisons move to dismiss all claims alleged against them in Plaintiff Rylee Silva-Vidinha's Complaint for Damages under the Federal Tort Claims Act and *Bivens* Action for Constitutional Violations and Minnesota State Law. Dkt. 1. This motion is based on the Defendants' brief, the accompanying declaration and supporting exhibits, and the entire record of proceedings in this case.

Dated: July 28, 2025

                                                  JOSEPH H. THOMPSON
                                                  Acting United States Attorney

                                                  *s/ Trevor Brown*

                                                  BY: TREVOR C. BROWN
                                                  Assistant United States Attorney
                                                  Attorney ID Number 396820
                                                  600 U.S. Courthouse
                                                  300 South Fourth Street
                                                  Minneapolis, MN 55415
                                                  (612) 664-5600
                                                  trevor.brown@usdoj.gov