UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-02137-JRT-DTS

RYLEE SILVA-VIDINHA,

        Plaintiff,          **MEET AND CONFER STATEMENT**

v.

UNITED STATES OF AMERICA et al.,

        Defendants.

Counsel for Defendants United States of America and the Federal Bureau of Prisons ("BOP") certifies that he met and conferred with counsel for Plaintiff Rylee Silva-Vidinha before filing this motion, as required under Local Rule 7.1. Specifically, counsel sent a letter on July 7, 2025, outlining the jurisdictional deficiencies in the complaint and requesting that Silva-Vidinha dismiss Counts I through V as alleged against the federal government. The parties spoke by phone on July 17, 2025, but Silva-Vidinha refused to dismiss any of her claims. Accordingly, the United States and the BOP believe that the parties do not agree to the resolution of any issues raised in this motion.

Dated: July 28, 2025

                                              JOSEPH H. THOMPSON
                                              Acting United States Attorney

                                              *s/ Trevor Brown*

                                              BY:  TREVOR C. BROWN
                                              Assistant United States Attorney
                                              Attorney ID Number 396820
                                              600 U.S. Courthouse
                                              300 South Fourth Street
                                              Minneapolis, MN  55415
                                              (612) 664-5600
                                              trevor.brown@usdoj.gov