UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 25-cv-02137-JRT-DTS

RYLEE SILVA-VIDINHA,

        Plaintiff,                  **CERTIFICATE OF COMPLIANCE**

v.

UNITED STATES OF AMERICA et al.,

        Defendants.

The undersigned certifies that this brief complies with the type-volume limitation of D. Minn. LR 7.1(f) and the type size limitation of D. Minn. LR 7.1(h). The brief has 7,412 words of type, font size 13. The brief was prepared using Word for Microsoft 365, which includes all text, including headings, footnotes and quotations in the word count.

Dated: December 19, 2025                    DANIEL N. ROSEN
                                              United States Attorney

                                           *s/ Trevor Brown*

                                           BY:  TREVOR C. BROWN
                                           Assistant United States Attorney
                                           Attorney ID Number 396820
                                           600 U.S. Courthouse
                                           300 South Fourth Street
                                           Minneapolis, MN  55415
                                           (612) 664-5600
                                           trevor.brown@usdoj.gov