UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| RYLEE SILVA-VIDINHA, as Personal Representative of the ESTATE OF STARSHA SILVA, and on her own behalf,<br><br>Plaintiff,<br><br>against<br><br>UNITED STATE OF AMERICA; FEDERAL BUREAU OF PRISONS; WARDEN MICHAEL SEGAL (FCI WASECA), in his individual capacity; SHEILA JOHNSON, in her individual capacity; MS. KOZIOLEK, in her individual capacity; SYED FATEH HYDER, MD, in his individual capacity; BENJAMIN RICE, MD, in his individual capacity; LINDA LINDNER, MD, in her individual capacity; S. TAYLOR, PA-C, in their individual capacity; C. MEAD, NRP, in their individual capacity; J. PETERSON, BSN, in their individual capacity; HOLLY SIETSMA, NRP, in their individual capacity; T. WEISER, RN, in their individual capacity; DANIELLE SKOGLAND, RN, in their individual capacity; JOHN and JANE DOES 1-10, unknown BOP medical and custodial staff,<br><br>Defendants. | CASE: 0:25-cv-02137-JRT-DTS<br><br><br><br>**RULE 7.1 COMPLIANCE CERTIFICATE** |

Pursuant to Local Rule 7.1(f), the undersigned hereby certifies that Defendant Sheila Johnson's Brief in Support of her Motion to Dismiss was completed in Word for Microsoft 365 using Times New Roman thirteen-point font. The undersigned further certifies that Defendant Sheila Johnson's Brief in Support of her Motion to Dismiss complies with the

type-length limitation. It contains a total of 3,191 words, according to the statistics of Word for Microsoft 365, including headings, footnotes, and quotations.

| | |
|---|---|
| Dated: December 19, 2025 | /s/ *Besse H. McDonald*<br>Besse H. McDonald (#0398662)<br>**MEAGHER & GEER, P.L.L.P.**<br>33 South Sixth Street, Suite 4300<br>Minneapolis, MN 55402<br>612-338-0661<br>bmcdonald@meagher.com<br><br>***Attorneys for Defendant Sheila Johnson*** |