IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MINNESOTA

| | |
|---|---|
| RYLEE SILVA, as Personal Representative of the ESTATE OF STARSHA SILVA, and on her own behalf,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES OF AMERICA; FEDERAL BUREAU OF PRISONS; WARDEN MICHAEL SEGAL (FCI WASECA), in her individual capacity; SHEILA JOHNSON, in her individual capacity; MS. KOZIOLEK, in her individual capacity; SYED FATEH HYDER, MD, in his individual capacity; BENJAMIN RICE, MD, in his individual capacity; LINDA LINDNER, MD, in her individual capacity; S. TAYLOR, PA-C, in their individual capacity; C. MEAD, NRP, in their individual capacity; J. PETERSON, BSN, in their individual capacity; HOLLY SIETSMA, NRP, in their individual capacity; T. WEISER, RN, in their individual capacity; DANIELLE SKOGLAND, RN, in their individual capacity; JOHN and JANE DOES 1–10, unknown BOP medical and custodial staff,<br><br>Defendants. | Case No. 25-cv-2137 JRT/DTS<br><br><br><br><br><br><br><br>Honorable John R. Tunheim<br>Magistrate Judge David T. Schultz |

**PLAINTIFF'S UNOPPOSED MOTION FOR EXTENSION TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS AND TO CONTINUE HEARING DATE**

Plaintiff Rylee Silva, as Personal Representative of the Estate of Starsha Silva, and on her own behalf, respectfully moves this Court for a seven-day extension of time to respond to Defendants Michael Segal, Amanda Koziolek, Dr. Syed Fateh Hyder, Dr. Benjamin Rice, Dr. Linda Lindner, C. Mead, J. Peterson, Holly Sietsma, Tara Weiser, and Danielle Skogland's Motion to Dismiss (hereinafter referred to as "Federal Individual Defendants"), as well as

1

Defendant Sheila Johnson's Motion to Dismiss. Plaintiff also requests the hearing scheduled for January 14th for oral arguments on Defendants United States' and Federal Bureau of Prison's Motion to Dismiss be continued. In support of her motion, Plaintiff states:

1. On May 19, 2025, Plaintiff filed her complaint against United States, Federal Bureau of Prisons ("BOP"), Michael Segal, Sheila Johnson, Ms. Koziolek, Syed Fateh Hyder, Benjamin Rice, Linda Lindner, St. Taylor, C. Mead, J. Peterson, Holly Sietsma, T. Weiser, Danielle Skogland, John and Jane Does 1-10, and unknown BOP medical and custodial staff. (Dkt. 1).

2. On July 28, 2025, Defendants United States and the BOP moved to dismiss Plaintiff's claims against them. (Dkt. 15). Subsequently, the Court set a hearing on this motion for January 14, 2026. (Dkt. 53).

3. On December 19, 2025, Federal Individual Defendants filed a motion to dismiss. (Dkt. 60). Separately, Defendant Sheila Johnson also filed a motion to dismiss on this date. (Dkt. 65).

4. Per Local Rule 7.1(c), the current deadline for Plaintiff to respond to these two motions is January 9, 2026.

5. The office of Plaintiff's counsel was closed December 24, 2025 through January 1, 2026, leaving Plaintiff's counsel with limited staff and resources to meet this deadline.

6. Additionally, Plaintiff's counsel has multiple conflicting deadlines in other cases, which is making it difficult to complete the responses to these two motions by the January 9th deadline.

7. Therefore, Plaintiff seeks a seven-day extension to file both responses, resetting the current deadline to January 16, 2026.

8. Additionally, Plaintiff requests that the January 14, 2026 motion hearing on the United States' and BOP's Motion to Dismiss be continued. Plaintiff asks that the Court reset the hearing to a later date so that the Court may hear the arguments on all three pending Motions to Dismiss in this case at one time. Doing so is in the interest of judicial economy and efficiency for the parties and their counsel.

9. On December 31, 2025, Plaintiff inquired from Defendants if they opposed this motion and the sought relief, to which Defendants informed Plaintiff that they do not oppose it.

10. No party will be unduly prejudiced if the Court grants Plaintiff's motion.

**WHEREFORE**, Plaintiff respectfully requests that this Court grant her motion for additional time and enter an order extending the deadline to respond to the Federal Individual Defendants' Motion to Dismiss and Defendant Sheila Johnson's Motion to Dismiss to January 16, 2025, and continuing the January 14, 2026 hearing date.

Respectfully Submitted,

*/s/ Gianna Gizzi*
*One of Plaintiff's Attorneys*

Arthur Loevy
Maria Makar
Gianna Gizzi
LOEVY & LOEVY
311 North Aberdeen Street,
Chicago, IL 60607
p. (312) 243-5900
e. gizzi@loevy.com